**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 02-6250**

_____

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

JIMMY LEE SADLER,

Defendant - Appellant.

_____

Appeal from the United States District Court for the District of South Carolina, at Greenville. Henry M. Herlong, Jr., District Judge. (CR-93-160, CA-01-4326)

_____

Submitted: April 25, 2002        Decided: May 8, 2002

_____

Before WILLIAMS and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

_____

Dismissed by unpublished per curiam opinion.

_____

Jimmy Lee Sadler, Appellant Pro Se. David Calhoun Stephens, Assistant United States Attorney, Kevin Frank McDonald, OFFICE OF THE UNITED STATES ATTORNEY, Greenville, South Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Jimmy Lee Sadler seeks to appeal the district court's orders denying his motion filed under 28 U.S.C.A. § 2255 (West Supp. 2001) and motion for reconsideration. We have reviewed the record and the district court's orders and find no reversible error. Accordingly, we deny Sadler's motion for a certificate of appealability and dismiss the appeal on the reasoning of the district court. <u>United States v. Sadler</u>, Nos. CA-93-160; CA-01-4326 (D.S.C. Nov. 20, 2001; filed Jan. 11, 2002 & entered Jan. 14, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>DISMISSED</u>

2